UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID BURDETT,<br><br>Defendant. | Case No. 2:16-cr-00095-BLW-1<br><br>**MEMORANDUM DECISION AND ORDER** |

## INTRODUCTION

Before the Court is Defendant David Burdett's Motion for Early Termination of Supervised Release. (Dkt. 5). For the reasons set forth below, the Court will grant the motion.

## BACKGROUND

On December 6, 2007, Mr. Burdett was sentenced by the U.S. District Court for the District of Montana to 132 months of incarceration followed by 10 years of supervised release for conspiracy to possess with intent to distribute cocaine, in violation of 21 U.S.C. §§ 846, 841(b)(1)(A), and 851. (*See* Dkt. 1-3.) Mr. Burdett's supervised release term began on October 23, 2015. On April 14, 2016, supervision was transferred to this district. (Dkt. 1.) As of this date, Mr. Burdett has served over half of his supervised-release sentence.

On June 14, 2021, Mr. Burdett, through counsel, filed his motion for early termination of supervised release. (Dkt. 5.)  Defense counsel represents that the Unites States Probation Officer assigned to the case, Rebecca Thompson, has no objections and that Ms. Thompson stated: "There have been no issues with Mr. Burdett since I began supervising him. He has done well for him and his family." The Government has not filed an opposition to the motion and the time to do so has long passed.

## DISCUSSION

Because Mr. Burdett has served more than a year of supervised release, the Court may terminate supervised release if it determines that "that such action is warranted by the conduct of the defendant [to be] released and [is in] the interest of justice." 18 U.S.C. § 3583(e)(1). To make this determination, the Court must consider the factors set forth in 18 U.S.C. § 3553(a), including: (1) "the nature and circumstances of the offense and the history and characteristics of the defendant"; (2) deterrence; (3) protection of the public; (4) the need "to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner"; (5) the sentence and sentencing range established for the category of defendant; (6) "any pertinent policy statement" by the Sentencing Commission; (7) "the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of

similar conduct"; and (8) "the need to provide restitution to any victims of the offense." 18 U.S.C. §§ 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7).

The Court, having considered these factors, is persuaded that early termination of supervised release is warranted. *See* § 3583(e)(1). Mr. Burdett has performed extraordinarily well on supervision. Other than some problems during the first few months after he was released from incarceration, he has been compliant with the terms of his supervised release. He has maintained his sobriety for the past four years and continues to attend Alcoholics Anonymous meetings with a sponsor. He has started his own business and has a strong support system through his wife, his family, and his church. He has healthy hobbies and extensive goals. In sum, it appears that Mr. Burdett has completely turned his life around and is no longer in need of supervision. Accordingly, the Court will grant the motion.

## ORDER

**IT IS ORDERED that** Defendant David Burdett's Motion for Early Termination (Dkt. 5) is **GRANTED**.

DATED: August 6, 2021

B. Lynn Winmill
U.S. District Court Judge

MEMORANDUM DECISION AND ORDER - 3